# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 14-5056 | September Term, 2015 |
| | 1:12-cv-00045-RC |
| | **Filed On:** September 22, 2015 |

Mary Ann Turner,

    Appellant

  v.

United States Capitol Police,

    Appellee

## A M E N D I N G   O R D E R

It is **ORDERED**, on the court's own motion, that the order filed August 12, 2015, be amended as follows:

Page 1, fourth ¶, line 5, delete "Appellee's Reply Brief" and insert in lieu thereof "Appellant's Reply Brief".

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
John J. Accursio
Deputy Clerk